Bobby Saadian, SBN 250377
lit@wilshirelawfirm.com
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*
*and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>E.L.F. COSMETICS, INC., a Minnesota corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:20-cv-01140-BEN-MDD<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE [Fed. R. Civ. P. 41(a)]** |

Plaintiff, Julissa Cota, hereby voluntarily dismisses her individual claims in the above-captioned case, with prejudice against all Defendants in this action, pursuant to Fed. R. Civ. P. 41(a). There have been no appearances.

Dated: June 30, 2020					Respectfully Submitted,


/s/ Thiago M. Coelho
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

1
VOLUNTARY DISMISSAL WITH PREJUDICE